UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NICOL TEKOPPEL,

    Plaintiff,

                              CASE NO.: 3:18-CV-00805

-vs-

HARPETH FINANCIAL SERVICES, LLC,
d/b/a ADVANCE FINANCIAL

    Defendant.
_____/

## JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY LAWSUIT

COME NOW Plaintiff, Nicol Tekoppel, and Defendant, Harpeth Financial Services, LLC, d/b/a Advance Financial, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to arbitrate this matter with the American Arbitration Association, and further stipulate to the entry of the attached proposed Order staying this lawsuit pending the conclusion of arbitration.

Dated: October 9, 2018

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Austin K. Purvis, Esquire* |
| Frank H. Kerney, III, Esquire | Austin K. Purvis, Esquire |
| BPR #: 035859 | BPR #: 32329 |
| Morgan & Morgan, Tampa, P.A. | Scott Carey, Esquire |
| One Tampa City Center | BPR #: 15406 |
| 201 North Franklin Street, 7th Floor | BAKER, DONELSON, BEARMAN, |
| Tampa, FL 33602 | CALDWELL & BERKOWITZ, P.C. |
| Telephone: (813) 223-5505 | 211 Commerce Street, Suite 800 |
| Facsimile: (813) 223-5402 | Nashville, TN 37201 |
| fkerney@forthepeople.com | Telephone: (615) 726-5600 |
| snazario@forthepeople.com | apurvis@bakerdonelson.com |
| *Counsel for Plaintiff* | scarey@bakerdonelson.com |
| | *Counsel for Defendant* |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NICOL TEKOPPEL,

    Plaintiff,

CASE NO.: 3:18-CV-00805

-vs-

HARPETH FINANCIAL SERVICES, LLC,
d/b/a ADVANCE FINANCIAL

    Defendant.
_____/

## ORDER

This matter is before the Court on the parties' Joint Stipulation to Arbitrate Claims and Stay Lawsuit. Upon review of the Joint Stipulation, it is hereby ORDERED that:

The parties' Stipulation is GRANTED; and

This case is STAYED pending the completion of arbitration in accordance with the parties' agreement. The Clerk shall administratively close the file, which is subject to re-opening upon Motion by any party.

It is so ORDERED this _____ day of _____, 2018.

_____
ALISTAIR E. NEWBERN
UNITED STATES MAGISTRATE JUDGE