UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NICOL TEKOPPEL,

   Plaintiff,

CASE NO.: 3:18-CV-00805

-vs-

HARPETH FINANCIAL SERVICES, LLC,
d/b/a ADVANCE FINANCIAL

   Defendant.

_____/

**ORDER**

This matter is before the Court on the parties' Joint Stipulation to Arbitrate Claims and Stay Lawsuit. Upon review of the Joint Stipulation, it is hereby ORDERED that:

The parties' Stipulation is GRANTED; and

This case is STAYED pending the completion of arbitration in accordance with the parties' agreement. The Clerk shall administratively close the file, which is subject to re-opening upon Motion by any party. The parties shall file a joint status report no later than 14 days after the conclusion of the arbitration proceedings.

It is so ORDERED this 10th day of October, 2018.

*/s/ Alistair E. Newbern*
ALISTAIR E. NEWBERN
UNITED STATES MAGISTRATE JUDGE