UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NICOL TEKOPPEL,

   Plaintiff,

-vs-                                   CASE NO.: 3:18-CV-00805

HARPETH FINANCIAL SERVICES, LLC,
d/b/a ADVANCE FINANCIAL,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, Nicol Tekoppel, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 18, 2019

                                                    */s/Frank H. Kerney, III, Esquire*
                                                    Frank H. Kerney, III, Esquire
                                                    BPR #: 035859
                                                    Morgan & Morgan, Tampa, P.A.
                                                    201 North Franklin Street, 7th Floor
                                                    Tampa, FL 33602
                                                    Telephone: (813) 223-5505
                                                    Facsimile: (813) 223-5402
                                                    fkerney@forthepeople.com
                                                    mmartinez@forthepeople.com
                                                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2019, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
BPR #: 035859
