# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

NICOL TEKOPPEL,

    Plaintiff,

-vs-                              CASE NO.: 3:18-CV-00805

HARPETH FINANCIAL SERVICES, LLC,
d/b/a ADVANCE FINANCIAL,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, NICOL TEKOPPEL, and the Defendant, HARPETH FINANCIAL SERVICES, LLC, d/b/a ADVANCE FINANCIAL and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 29th day of October, 2019.

| | |
|---|---|
| */s/ Frank H. Kerney, III* | */s/ Austin K. Purvis, Esquire* |
| Frank H. Kerney, III, Esquire | Austin K. Purvis, Esquire |
| BPR #: 035859 | BPR #: 32329 |
| Morgan & Morgan Tampa, P.A. | Scott Carey, Esquire |
| One Tampa City Center | BPR #: 15406 |
| Tampa, FL 33602 | BAKER, DONELSON, BEARMAN, |
| Telephone: (813) 223-5505 | CALDWELL & BERKOWITZ, P.C. |
| Fax: (813) 223-5402 | 211 Commerce Street, Suite 800 |
| fkerney@forthepeople.com | Nashville, TN 37201 |
| mmartinez@forthepeople.com | Telephone: (615) 726-5600 |
| *Counsel for Plaintiff* | apurvis@bakerdonelson.com |
| | scarey@bakerdonelson.com |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2019, the foregoing Joint Stipulation of Dismissal With Prejudice was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to the following parties:

Austin K. Purvis, Esquire
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
Telephone: (615) 726-5600
apurvis@bakerdonelson.com
*Counsel for Defendant*